# ELECTRONIC RECORD

693-15

COA # 02-13-00552-CR          OFFENSE: 49.04

STYLE: Lisa D. Wall v. The State of Texas          COUNTY: Denton

COA DISPOSITION:          AFFIRM          TRIAL COURT: County Criminal Court No. 4

DATE: 05/07/15          Publish: NO          TC CASE #: CR-2012-01008-D

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Lisa D. Wall v. The State of Texas          CCA #: 693-15

_____APPELLANT'S_____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_____REFUSED_____          JUDGE: _____

DATE: 09/16/2015          SIGNED: _____          PC: _____

JUDGE: _____          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____